# Exhibit 6



# MicroPairing Technologies LLC
# US Patent No. 8,020,028

Application Management System for Mobile Devices

Claim 18

FCA Ram Pickup Truck

Uconnect Infotainment System

# Claim 18

18. A method for reconfiguring applications in a multiprocessor, comprising:

operating a wireless device manager in at least one processor in the multiprocessor system, the wireless device manager configured to:

a. monitor for wireless signals from a new device not currently coupled to the multiprocessor system, wherein the new device runs a first software application that processes a first type of data; and

b. wirelessly connect the new device to the multiprocessor system;

operating a configuration manager in one of the multiple processors in the multiprocessor system, the configuration manager configured to:

c. monitor operations of the multiple processors in the multiprocessor system;

d. identify data codes in the wireless signals from the new device and use the data codes to identify the first type of data processed by the first software application running on the new device;

e. responsive to identifying the data codes from the new device, select a second software application from among multiple different software applications stored within memory in the multiprocessor system, wherein the second software application is associated with the first type of data processed by the new device and is not currently loaded into one of the multiple processors in the multiprocessor system;

f. download a copy of the second software application selected from the memory to one of the multiple processors in the multiprocessor system;

g. reconfigure one of the multiple processors in the multiprocessor system to run the second software application downloaded from the memory and take over control and operation of the new device; and

h. process data from the new device with the second software application operating in and controlled by the particular one of the multiple processors in the multiprocessor system; and

i. operating a security manager configured to determine authority to access at least some of the new devices, software applications or data used in the multiprocessor system.

Source: Claim 18 of US Patent 8,020,028



**18. A method for reconfiguring applications in a multiprocessor,** comprising:

# FCA Ram Pickup Truck - Uconnect Infotainment System



*Note: Uconnect Infotainment System (computer system) practices a method for reconfiguring applications in a multiprocessor. FCA's Uconnect Infotainment System includes in-vehicle entertainment, Internet and Bluetooth connections, navigation, and a driver interface to the vehicle and connected systems. The RAM 1500 Pickup Truck has a Bowers & Wilkins POV Sound System acting as a complete set of speakers for audio output.*

*The FCA Ram's Uconnect Infotainment System is a multiprocessor Computer System whose operating software reconfigures many applications including Bluetooth® Hands-Free (shown as a phone icon) and streaming of music from the cell phone to the speakers as Bluetooth audio (shown as an audio icon).*

*2021 RAM 1500 Pickup Truck*

*Center Stack Display that is connected to the Head Unit*



*2021 RAM 1500 Pickup Truck*

*Bowers & Wilkins POV Sound System*



Source:
1. https://www.ramtrucks.com/uconnect.html
2. https://www.harmankardon.com/ram.html
3. 5 things to know about Uconnect 5 (https://www.thecarconnection.com/news/1128085_5-things-to-know-about-uconnect-5#image=100733538)



operating a wireless device manager in at least one processor in the multiprocessor system, the wireless device manager configured to:

# FCA Ram Pickup Truck - Uconnect Infotainment System



*Note: The FCA Ram Pickup Truck Uconnect Infotainment System operates a wireless device manager in at least one processor in the multiprocessor system. It has a center stack display that provides the HMI (human machine interface) to the head unit and the application processor. Taken together they form a multiprocessor system that controls the audio sources and outputs.*

There is a main processor that controls the processing system and the operation and handling of the other processors.

There are processors that control the various applications including:

1. Display System with Head Unit
2. GPS Navigation
3. Radio Receiver
4. Phone
5. Music
6. Bluetooth transceiver
7. USB

There is a Bluetooth chip (microprocessor) connected to the main processor in the head unit that supports Bluetooth communications.

Source: Teardown: The Chrysler UConnect Touch Infotainment Platform (https://electronics360.globalspec.com/article/2146/teardown-the-chrysler-uconnect-touch-infotainment-platform)



August 26, 2021
Page 4

**a.** monitor for wireless signals from a new device not currently coupled to the multiprocessor system, wherein the new device runs a first software application that processes a first type of data; and

## FCA Ram Pickup Truck - Uconnect Infotainment System

### Pair (Link) Uconnect Phone To A Mobile Phone

To begin using your Uconnect Phone, you must pair your compatible Bluetooth®-enabled mobile phone. Mobile phone pairing is the process of establishing a wireless connection between a cellular phone and the Uconnect system.

**NOTE:**

- If there are no phones currently connected with the system, a pop-up will appear asking if you would like to pair a mobile phone.
- This pop-up only appears when the user enters Phone Mode and no other device(s) have previously been paired. If the system has a phone previously paired, even if no phone is currently connected with the system, this pop-up will not appear.

3. Select "Yes" to begin the pairing process.
4. Search for available devices on your Bluetooth®-enabled mobile phone.
   - Press the Settings button on your mobile phone.
   - Select "Bluetooth®" and ensure it is enabled. Once enabled, the mobile phone will begin to search for Bluetooth® connections.

### Connecting To A Particular Mobile Phone Or Audio Device After Pairing

Uconnect Phone will automatically connect to the highest priority paired phone and/or Audio Device within range. If you need to choose a particular phone or audio device follow these steps:

1. Press the Settings button on the touchscreen.
2. Press the Paired Phones/Audio Sources buttons.
3. Press to select the particular phone or the particular audio device. A pop-up menu will appear; press "Connect Phone".
4. Press the X to exit out of the Settings screen.

**NOTE:**
For phones which are not made a favorite, the phone priority is determined by the order in which it was paired. The most recent phone paired will have the higher priority. Ensure you phone is turned on with Bluetooth® active and has been paired to the Uconnect system. Up to 10 mobile phones or audio devices are allowed to be linked to the system. Only one linked (or paired) mobile phone and one audio device can be used with the system at a time.

*Note: The wireless device manager in the FCA Uconnect Infotainment System is configured to monitor for wireless signals from a new device not currently coupled to the multiprocessor system. The new device may run a first software application that processes a first type of data such as a phone app processing phone data.*

*The Bluetooth standard establishes a Bluetooth (wireless) Link using inquirer and receiver protocols to automatically detect and authenticate relationships between the driver's Bluetooth-enabled cell phone (audio source) and the FCA Ram Pickup Truck Uconnect Infotainment System. Once the paired new device (smartphone) is within range, connection is automatic.*

Source: 2021 Ram 1500 Owners Manual - page 252, 273 and 275 (https://cdn.dealereprocess.org/cdn/servicemanuals/ram/2021-1500.pdf)


nelson bumgardner albritton

August 26, 2021
Page 5

**b.** **wirelessly connect the new device to the multiprocessor system;**

*Note: The wireless device manager in the FCA Uconnect Infotainment System is configured to wirelessly connect the new device to the multiprocessor system. It is configured to use the Bluetooth standard protocols to establish a Bluetooth (wireless) Link using inquirer and receiver protocols to automatically detect and authenticate relationships between the driver's Bluetooth-enabled cell phone (audio source) and the FCA Uconnect Infotainment System. Once the cell phone is within range, connection is automatic after authentication.*

## FCA Ram Pickup Truck - Uconnect Infotainment System

### Pair (Link) Uconnect Phone To A Mobile Phone

To begin using your Uconnect Phone, you must pair your compatible Bluetooth®-enabled mobile phone. Mobile phone pairing is the process of establishing a wireless connection between a cellular phone and the Uconnect system.

**NOTE:**
- If there are no phones currently connected with the system, a pop-up will appear asking if you would like to pair a mobile phone.
- This pop-up only appears when the user enters Phone Mode and no other device(s) have previously been paired. If the system has a phone previously paired, even if no phone is currently connected with the system, this pop-up will not appear.

3. Select "Yes" to begin the pairing process.
4. Search for available devices on your Bluetooth®-enabled mobile phone.
   - Press the Settings button on your mobile phone.
   - Select "Bluetooth®" and ensure it is enabled. Once enabled, the mobile phone will begin to search for Bluetooth® connections.

### Connecting To A Particular Mobile Phone Or Audio Device After Pairing

Uconnect Phone will automatically connect to the highest priority paired phone and/or Audio Device within range. If you need to choose a particular phone or audio device follow these steps:

1. Press the Settings button on the touchscreen.
2. Press the Paired Phones/Audio Sources buttons.
3. Press to select the particular phone or the particular audio device. A pop-up menu will appear; press "Connect Phone".
4. Press the X to exit out of the Settings screen.

**NOTE:**
For phones which are not made a favorite, the phone priority is determined by the order in which it was paired. The most recent phone paired will have the higher priority. Ensure you phone is turned on with Bluetooth® active and has been paired to the Uconnect system. Up to 10 mobile phones or audio devices are allowed to be linked to the system. Only one linked (or paired) mobile phone and one audio device can be used with the system at a time.

Source: 2021 Ram 1500 Owners Manual - page 252, 273 and 275 (https://cdn.dealereprocess.org/cdn/servicemanuals/ram/2021-1500.pdf)



**operating a configuration manager in one of the multiple processors in the multiprocessor system,** the configuration manager configured to:

*Note: The FCA Uconnect Infotainment System operates a configuration manager in one of the multiple processors in the multiprocessor system. The FCA Uconnect Infotainment System's main processor runs software that configures the multiple processors controlling and operating the various applications in the FCA Uconnect Infotainment System including Phone apps, Music apps (Bluetooth and USB), Radio apps, Navigation apps, Voice Control apps, etc.*



### FCA Ram Pickup Truck - Uconnect Infotainment System

Center Stack Display (Panasonic)

Head Unit (Panasonic)

Main Processors

Source: Teardown: The Chrysler UConnect Touch Infotainment Platform (https://electronics360.globalspec.com/article/2146/teardown-the-chrysler-uconnect-touch-infotainment-platform)



August 26, 2021
Page 7

==c. monitor operations of the multiple processors in the multiprocessor system;==

### FCA Ram Pickup Truck - Uconnect Infotainment System



iPhone

*Note: The configuration manager in the FCA Uconnect Infotainment System is configured to monitor operations of the multiple processors in the multiprocessor system.*

*For example, when the smartphone is connected to the FCA Ram Pickup Truck Uconnect Infotainment System by Bluetooth, the system responds to a stored software application running on the phone such as the Phone app. which uses the appropriate Phone data codes. This app allows full control of phone calls from the FCA Ram Pickup Truck Uconnect Infotainment System phone app.*

*The Bluetooth standard establishes a Bluetooth Link using inquirer and receiver protocols to automatically detect and authenticate relationships between the driver's Bluetooth-enabled smartphone and the FCA Ram Pickup Truck Uconnect Infotainment System and allows full control of all the various applications in the FCA Ram Pickup Truck Uconnect Infotainment System including those for Phone, Playing Music (Bluetooth and USB), Radio, Navigation, Voice Control, etc. These use multiple processors in this multiprocessor system have their operations monitored by the FCA Ram Pickup Truck Uconnect Infotainment System main multiprocessor.*

Source: 5 things to know about Uconnect 5 (https://www.thecarconnection.com/news/1128085_5-things-to-know-about-uconnect-5#image=100733538)



**FCA Ram Pickup Truck - Uconnect Infotainment System**

d. identify data codes in the wireless signals from the new device and use the data codes to identify the first type of data processed by the first software application running on the new device;

*Note: The configuration manager in the FCA Uconnect Infotainment System is further configured to identify data codes in the wireless signals from the new device and use the data codes to identify the first type of data processed by the first software application running on the new device. The configuration manager identifies data parameters including at least one of data codes, data types and a device ID associated with the new device.*

*For example: Consider a first software app running on the new device such as a phone app where the new device is connected to LTE and communicating with another phone in a conversation. Upon entering the Chrysler and turning on the infotainment system, the device automatically connects to the infotainment system via Bluetooth and Bluetooth protocols. Once connected to the FCA Ram Pickup Truck Uconnect Infotainment System, the configuration manager identifies the data types and codes being used, thereby identifying that a phone conversation is ongoing.*



Source: 5 things to know about Uconnect 5 (https://www.thecarconnection.com/news/1128085_5-things-to-know-about-uconnect-5#image=100733538)



August 26, 2021
Page 9

e. responsive to identifying the data codes from the new device, select a second software application from among multiple different software applications stored within memory in the multiprocessor system, wherein the second software application is associated with the first type of data processed by the new device and is not currently loaded into one of the multiple processors in the multiprocessor system;

*Note: The configuration manager in the FCA Uconnect Infotainment System is further configured to, responsive to identifying codes from the new device, select a second software application from among multiple different software applications stored within memory in the multiprocessor system. This second software application is associated with the first type of data processed by the new device and is not currently loaded into one of the multiple processors in the multiprocessor system.*

*Continuing our example, once the data codes are identified by the configuration manager, it is known that that a phone conversation is ongoing, the configuration manager selects and runs Bluetooth® Hands-Free to accept information from the new device and allow control of the device through the FCA Ram Pickup Truck Uconnect Infotainment System.*



**FCA Ram Pickup Truck - Uconnect Infotainment System**

iPhone

Center Stack Display that is connected to the Head Unit

Second Software Application Being Loaded once data type has been identified

Source: 5 things to know about Uconnect 5 (https://www.thecarconnection.com/news/1128085_5-things-to-know-about-uconnect-5#image=100733538)


nelson bumgardner albritton

August 26, 2021
Page 10

f. download a copy of the second software application selected from the memory to one of the multiple processors in the multiprocessor system;

*Note: The configuration manager in the FCA Uconnect Infotainment System is further configured to download a copy of the second software application selected from the memory to one of the multiple processors in the multiprocessor system.*

*In this example, the phone app is running on the new device (iPhone) and the data codes identified and used by the configuration manager in the FCA Ram Pickup Truck Uconnect Infotainment System are those related to the phone app. running on that particular iPhone. The configuration manager recognizes that the hands-free application stored in the infotainment system memory must be executed on one of the microprocessors to allow the switch of control from the new device to the infotainment system. The second software application, once running, utilizes Bluetooth® Hands-Free that allows control of the new device from the infotainment display.*

### FCA Ram Pickup Truck - Uconnect Infotainment System



Source: 5 things to know about Uconnect 5 (https://www.thecarconnection.com/news/1128085_5-things-to-know-about-uconnect-5#image=100733538)



## FCA Ram Pickup Truck - Uconnect Infotainment System

g. reconfigure one of the multiple processors in the multiprocessor system to run the second software application downloaded from the memory and take over control and operation of the new device; and

*Note: The configuration manager in the FCA Ram Pickup Truck Uconnect Infotainment System is further configured to reconfigure one of the multiple processors to run the second software application downloaded from the memory and take control and operation of the new device.*

*In this example: The smartphone is connected by Bluetooth to the FCA Ram Pickup Truck Uconnect Infotainment System, and a phone call is in progress. The Phone app is in the hands-free setting which is directing the sound from the phone call on the smartphone to the Ram Pickup Truck speaker system.*

*Once the software application is running, the user can select other options as needed without directly interfacing with the mobile device. For example, to switch to the handset (smartphone) during a call by tapping the Mute on the touch screen. The sound will be directed back to the Handset (smartphone). Tapping the Transfer item sends the sound back to the Ram Pickup Truck speakers. If the smartphone is connected by Bluetooth to the FCA Ram Pickup Truck Uconnect Infotainment System, and a phone call is received. Then the phone call sound comes through the vehicle's audio system speakers and overrides the audio system.*





Call Controls

The touchscreen allows you to control the following call features:

1 — Answer
2 — Mute/Unmute
3 — Transfer
4 — Ignore



2021 RAM 1500 Pickup Truck Bowers & Wilkins POV Sound System

| | | |
|---|---|---|
| 1 | 7 × | Unity speakers for crystal clear treble |
| 2 | 4 × | 6x9" woofers |
| 3 | 1 × | 10" enclosed subwoofer for a punchy bass |
| 4 | | 900 watt amplifier for a dynamic listening experience |

*Representative vehicle model shown. Speaker specifications & locations may vary.*

Your mobile phone's audio is transmitted through your vehicle's audio system; the system will automatically mute your radio when using the Uconnect Phone. Uconnect Phone allows you to transfer calls between the system and your mobile phone as you enter or exit your vehicle and enables you to mute the system's microphone for private conversation.

Source: 2021 Ram 1500 Owners Manual - page 272, 275, 277 and 279 (https://cdn.dealereprocess.org/cdn/servicemanuals/ram/2021-1500.pdf)

h. process data from the new device with the second software application operating in and controlled by the particular one of the multiple processors in the multiprocessor system; and

# FCA Ram Pickup Truck - Uconnect Infotainment System



*Note: The configuration manager in the FCA Uconnect Infotainment System is further configured to process data from the new device with the second application operating in and controlled by the particular one of the multiple processors in the multiprocessor system.*

*In this example: The smartphone is connected by Bluetooth to the FCA Ram Pickup Truck Uconnect Infotainment System, and a phone call is in progress. The Phone app is in the hands-free setting which is directing the sound from the phone call on the smartphone to the Ram Pickup Truck speaker system.*

*Once the software application is running, the user can select other options as needed without directly interfacing with the mobile device. For example, to switch to the handset (smartphone) during a call by tapping the Mute on the touch screen. The sound will be directed back to the Handset (smartphone). Tapping the Transfer item sends the sound back to the Ram Pickup Truck speakers. If the smartphone is connected by Bluetooth to the FCA Ram Pickup Truck Uconnect Infotainment System, and a phone call is received. Then the phone call sound comes through the vehicle's audio system speakers and overrides the audio system.*

Source: Teardown: The Chrysler UConnect Touch Infotainment Platform (https://electronics360.globalspec.com/article/2146/teardown-the-chrysler-uconnect-touch-infotainment-platform)



August 26, 2021
Page 13

i. operating a security manager configured to determine authority to access at least some of the new devices, software applications or data used in the multiprocessor system.

## FCA Ram Pickup Truck - Uconnect Infotainment System

*Note: The FCA Ram Pickup Truck Uconnect Infotainment System operates a security manager configured to determine authority to access at least some of the new devices, software applications, or data used in the multiprocessor system.*

*The new device (smartphone) is a device that enters the communication range of the Infotainment System. What happens then depends on whether it is paired, unpaired, or about to be paired.*

*If the smartphone is paired (authorized) and within range and the vehicle is on, the new device is recognized and connects automatically.*

*If a smartphone is not paired (unauthorized), the phone will not connect with the FCA Uconnect Infotainment System. This indicates that the security manager has no authority to access the FCA Ram Pickup Truck Uconnect Infotainment System.*

*Also, to import the phone book into the FCA Uconnect Infotainment System, a download permission (authorization) is initially required.*



Source: 1. 2021 Ram 1500 Owners Manual - page 252, 273 and 275 (https://cdn.dealereprocess.org/cdn/servicemanuals/ram/2021-1500.pdf)
2. https://www.youtube.com/watch?v=adQhNPIh3LE

