# Exhibit 7




# MicroPairing Technologies LLC
# US Patent No. 8,006,117

## Method for Multi-Tasking Multiple Java Virtual Machines in a Secure Environment

Claim 1

## FCA Ram Pickup Truck
## Uconnect Infotainment System

# Claim 1

1. A computer system, comprising:

a memory;

a real-time operating system;

a user interface;

one or more processors in a processing system, wherein the processing system is configured to:

operate a transceiver,

detect a new device within communication range of the transceiver,

detect a protocol used by the new device,

communicate with the new device in response to the detected protocol conforming with a protocol used by the processing system;

an application management system configured to:

identify data parameters that include at least one of data codes, data type and device ID associated with the new device,

verify the new device data parameters as at least one of authorized or unauthorized; and

responsive to verifying the data parameters as authorized, connect to the new device, dynamically configure an application to process the data types and launch the application in the distributed processing system, wherein the application in response to launching is configured to take over control and operation of the new device including:

initiating transfer of data from the new device to the operating system; and

initiate processing of the data received from the new device.

Source: Claim 1 of US Patent 8,006,117

1. A computer system, comprising:

a memory;

a real-time operating system;

a user interface;

*Note: FCA's Ram Pickup Truck Uconnect Infotainment System (computer system) includes in-vehicle entertainment, Internet and Bluetooth connections, navigation, and a driver interface to the vehicle and connected systems. The 2021 RAM 1500 Pickup Truck has a Bowers & Wilkins POV Sound System.*

*The FCA Ram Pickup Truck Uconnect Infotainment System is a multiprocessor Computer System that has:*

*A touch screen Graphical User Interface which allows the driver to select the types of actions that he wants to occur such as using the phone application, playing music, travel navigation, etc.*

*A real-time operating system that reacts to user input with a response within a time so small that system reaction appears instantaneous.*

*A computer memory that contains the operating system, applications, and useful information such as Favorites, Call History, Contacts, etc.*

# FCA Ram Pickup Truck - Uconnect Infotainment System




*2021 RAM 1500 Pickup Truck*

*Center Stack Display that is connected to the Head Unit*






*2021 RAM 1500 Pickup Truck*

*Bowers & Wilkins POV Sound System*



| | | |
|---|---|---|
| 1 | 7 × | Unity speakers for crystal clear treble |
| 2 | 4 × | 6x9" woofers |
| 3 | 1 × | 10" enclosed subwoofer for a punchy bass |
| 4 | | 900 watt amplifier for a dynamic listening experience |

*Representative vehicle model shown. Speaker specifications & locations may vary.

Source: 1. https://www.ramtrucks.com/uconnect.html
2. https://www.harmankardon.com/ram.html
3. 5 things to know about Uconnect 5 (https://www.thecarconnection.com/news/1128085_5-things-to-know-about-uconnect-5#image=100733538)

one or more processors in a processing system, wherein the processing system is configured to:

*Note: The FCA Ram Pickup Truck Uconnect Infotainment System has a center stack display that provides the HMI (human machine interface) to the head unit and the application processor. Taken together they form a multiprocessor system that controls the audio sources and outputs.*

*There is a main processor that controls the processing system and the operation and handling of the other processors. There are several microprocessors made by Renesas and Texas Instruments that control the various applications including:*

1. *Display System with Head Unit*
2. *GPS Navigation*
3. *Radio Receiver*
4. *Phone*
5. *Music*
6. *Bluetooth transceiver*
7. *USB*

*There is a Bluetooth chip (microprocessor) connected to the main processor in the head unit that supports Bluetooth communications.*

# FCA Ram Pickup Truck - Uconnect Infotainment System




**Bill of Materials for the Chrysler UConnect Touch Head Unit**
Estimated cost in US dollars

| Component Description | Manufacturer | Component Cost |
|---|---|---|
| CD/DVD Drive - Slot Load, Internal, with Flex PCB and 3 LEDs, Contains Panasonic MN2DS0016AAUB Chipset Solution | | $28.00 |
| Flash - SLC NAND, 4GB | Toshiba Semiconductor | $28.00 |
| SDARS Module | | $23.25 |
| Flash - iNAND, 8GB, MLC | Sandisk | $12.00 |
| 8-Layer - FR4, Lead-Free | Meiko Electronics | $10.86 |
| OMAP Processor - ARM11 Dual Core, 400MHz | Texas Instruments | $10.61 |
| MCU - 32-Bit, SH-Mobile R2, SH-4A CPU Core, 400MHz, 16KB RAM, 32Kb+32Kb+256Kb Cache Memory, 4-Channel 10-Bit ADC | Renesas | $9.73 |
| Gyroscope - Single-Axis, Automotive | Epson Toyocom | $6.30 |
| MCU - 32-Bit, V850ES CPU Core, 32MHz, 1024KB Flash, 60KB RAM, 16-Channel 10-Bit ADC, 128 I/Os, Automotive | Renesas | $6.06 |
| GPS Receiver - 1575.42MHz | Mediatek | $4.53 |
| **Top 10 Components** | | **$139.34** |
| **Remaining Components** | | $104.60 |
| **Total Bill of Materials** | | **$243.94** |

Source: IHS Inc.

**Bill of Materials for the Chrysler UConnect Touch Display Assembly**
Estimated cost in US dollars

| Component Description | Manufacturer | Component Cost |
|---|---|---|
| Display Module - 8.4" Diagonal, LTPS TFT, 640 x 480 Pixels, 14 Backlight LEDs | Chimei Innolux | $80.30 |
| Touchscreen Overlay - 8.4" Diagonal, 4-Wire Resistive, ITO Film over Glass, w/ Integral Flex PCB | | $18.00 |
| MCU - 32-Bit, V850ES CPU Core, 32MHz, 1024KB Flash, 60KB RAM, 16-Channel 10-Bit ADC, 128 I/Os, Automotive | Renesas | $6.06 |
| 4-Layer - FR4, Lead-Free | | $3.72 |
| Display Mounting Bracket - Stamped / Formed Electro-Galvanized Steel | | $2.30 |
| FPD-Link II Deserializer - 24-Bit, 5-43MHz, DC-Balanced, Automotive | Texas Instruments | $1.84 |
| Regulator - DC-DC Converter, Switching, Step-Down, Adjustable, 2A, 5% (2 units) | Rohm | $1.76 |
| Enclosure, Main, Bottom - Stamped / Formed Electro-Galvanized Steel | | $1.61 |
| Enclosure, Main, Top - Stamped / Formed Electro-Galvanized Steel | | $1.44 |
| Power Management IC | Rohm | $1.34 |
| **Top 10 Components** | | **$118.36** |
| **Remaining Components** | | $10.77 |
| **Total Bill of Materials Cost** | | **$129.13** |

Source: IHS Inc.

Source: Teardown: The Chrysler UConnect Touch Infotainment Platform (https://electronics360.globalspec.com/article/2146/teardown-the-chrysler-uconnect-touch-infotainment-platform)



operate a transceiver,

*Note: The processing system in the FCA Ram Pickup Truck's Uconnect Infotainment System is configured to operate a transceiver. For example, the processing system has Bluetooth wireless capability. Standard Bluetooth uses a transceiver to establish a Bluetooth Link using inquirer and receiver protocols to automatically detect and authenticate relationships between the driver's Bluetooth-enabled mobile device (audio source) and the FCA Ram Pickup Truck Uconnect Infotainment System.*

# FCA Ram Pickup Truck - Uconnect Infotainment System

## Pair (Link) Uconnect Phone To A Mobile Phone

To begin using your Uconnect Phone, you must pair your compatible Bluetooth®-enabled mobile phone. Mobile phone pairing is the process of establishing a wireless connection between a cellular phone and the Uconnect system.

**NOTE:**

- If there are no phones currently connected with the system, a pop-up will appear asking if you would like to pair a mobile phone.
- This pop-up only appears when the user enters Phone Mode and no other device(s) have previously been paired. If the system has a phone previously paired, even if no phone is currently connected with the system, this pop-up will not appear.

3. Select "Yes" to begin the pairing process.
4. Search for available devices on your Bluetooth®-enabled mobile phone.
   - Press the Settings button on your mobile phone.
   - Select "Bluetooth®" and ensure it is enabled. Once enabled, the mobile phone will begin to search for Bluetooth® connections.

## Connecting To A Particular Mobile Phone Or Audio Device After Pairing

Uconnect Phone will automatically connect to the highest priority paired phone and/or Audio Device within range. If you need to choose a particular phone or audio device follow these steps:

1. Press the Settings button on the touchscreen.
2. Press the Paired Phones/Audio Sources buttons.
3. Press to select the particular phone or the particular audio device. A pop-up menu will appear; press "Connect Phone".
4. Press the X to exit out of the Settings screen.

**NOTE:**
For phones which are not made a favorite, the phone priority is determined by the order in which it was paired. The most recent phone paired will have the higher priority.

Ensure you phone is turned on with Bluetooth® active and has been paired to the Uconnect system. Up to 10 mobile phones or audio devices are allowed to be linked to the system. Only one linked (or paired) mobile phone and one audio device can be used with the system at a time.

Source: 2021 Ram 1500 Owners Manual - page 252, 273, and 275 (https://cdn.dealereprocess.org/cdn/servicemanuals/ram/2021-1500.pdf)



detect a new device within communication range of the transceiver,

*Note: The processing system in the FCA Ram Pickup Truck's Uconnect Infotainment System is configured to detect a new device within communication range of the transceiver.*

*A "new device" is any device that has entered the communication range of the Infotainment System. What happens after coming within range depends on whether the new device is Bluetooth capable and whether it was previously paired or remains unpaired with the infotainment system (computer system).*

*Both previously paired and unpaired Bluetooth mobile devices can communicate with the Bluetooth-enabled infotainment system once within range of the Infotainment System using standard Bluetooth inquirer and receiver protocols. It is this initial exchange of information that detects the new device.*

# FCA Ram Pickup Truck - Uconnect Infotainment System

## Pair (Link) Uconnect Phone To A Mobile Phone

To begin using your Uconnect Phone, you must pair your compatible Bluetooth®-enabled mobile phone. Mobile phone pairing is the process of establishing a wireless connection between a cellular phone and the Uconnect system.

**NOTE:**

- If there are no phones currently connected with the system, a pop-up will appear asking if you would like to pair a mobile phone.
- This pop-up only appears when the user enters Phone Mode and no other device(s) have previously been paired. If the system has a phone previously paired, even if no phone is currently connected with the the system, this pop-up will not appear.

3. Select "Yes" to begin the pairing process.
4. Search for available devices on your Bluetooth®-enabled mobile phone.
   - Press the Settings button on your mobile phone.
   - Select "Bluetooth®" and ensure it is enabled. Once enabled, the mobile phone will begin to search for Bluetooth® connections.

## Connecting To A Particular Mobile Phone Or Audio Device After Pairing

Uconnect Phone will automatically connect to the highest priority paired phone and/or Audio Device within range. If you need to choose a particular phone or audio device follow these steps:

1. Press the Settings button on the touchscreen.
2. Press the Paired Phones/Audio Sources buttons.
3. Press to select the particular phone or the particular audio device. A pop-up menu will appear; press "Connect Phone".
4. Press the X to exit out of the Settings screen.

**NOTE:**
For phones which are not made a favorite, the phone priority is determined by the order in which it was paired. The most recent phone paired will have the higher priority.

Ensure you phone is turned on with Bluetooth® active and has been paired to the Uconnect system. Up to 10 mobile phones or audio devices are allowed to be linked to the system. Only one linked (or paired) mobile phone and one audio device can be used with the system at a time.

Source: 2021 Ram 1500 Owners Manual - page 252, 273, and 275 (https://cdn.dealereprocess.org/cdn/servicemanuals/ram/2021-1500.pdf)



detect a protocol used by the new device,

*Note: The processing system in the FCA Ram Pickup Truck's Uconnect Infotainment System is further configured to detect a protocol used by the new device. The Bluetooth standard uses a transceiver to establish a Bluetooth Link using inquirer and receiver Bluetooth protocols to automatically detect and authenticate relationships between the driver's Bluetooth-enabled cell phone (audio source) and the FCA Ram Pickup Truck Uconnect Infotainment System.*

*Once the smartphone is within range and the vehicle is on, the new device (which has already been paired) is recognized and connects automatically using this Bluetooth protocol.*

*In other words, the mobile device authentication and subsequent connection to the infotainment system using the Bluetooth protocol is, in fact, the detection of the protocol used by the device.*

# FCA Ram Pickup Truck - Uconnect Infotainment System

Pair (Link) Uconnect Phone To A Mobile Phone

To begin using your Uconnect Phone, you must pair your compatible Bluetooth®-enabled mobile phone. Mobile phone pairing is the process of establishing a wireless connection between a cellular phone and the Uconnect system.

Ensure you phone is turned on with Bluetooth® active and has been paired to the Uconnect system. Up to 10 mobile phones or audio devices are allowed to be linked to the system. Only one linked (or paired) mobile phone and one audio device can be used with the system at a time.

**NOTE:**

- If there are no phones currently connected with the system, a pop-up will appear asking if you would like to pair a mobile phone.
- This pop-up only appears when the user enters Phone Mode and no other device(s) have previously been paired. If the system has a phone previously paired, even if no phone is currently connected with the system, this pop-up will not appear.

3. Select "Yes" to begin the pairing process.
4. Search for available devices on your Bluetooth®-enabled mobile phone.
   - Press the Settings button on your mobile phone.
   - Select "Bluetooth®" and ensure it is enabled. Once enabled, the mobile phone will begin to search for Bluetooth® connections.

Connecting To A Particular Mobile Phone Or Audio Device After Pairing

Uconnect Phone will automatically connect to the highest priority paired phone and/or Audio Device within range. If you need to choose a particular phone or audio device follow these steps:

1. Press the Settings button on the touchscreen.
2. Press the Paired Phones/Audio Sources buttons.
3. Press to select the particular phone or the particular audio device. A pop-up menu will appear; press "Connect Phone".
4. Press the X to exit out of the Settings screen.

**NOTE:**
For phones which are not made a favorite, the phone priority is determined by the order in which it was paired. The most recent phone paired will have the higher priority.

**Uconnect System**



Source: 1. 2021 Ram 1500 Owners Manual - page 252, 273 and 275 (https://cdn.dealereprocess.org/cdn/servicemanuals/ram/2021-1500.pdf)
2. https://www.youtube.com/watch?v=adQhNPIh3LE



communicate with the new device in response to the detected protocol conforming with a protocol used by the processing system;

*Note: The processing system in the FCA Ram Pickup Truck's Uconnect Infotainment System is configured to communicate with the new device in response to the detected protocol conforming with a protocol used by the processing system. Once the Bluetooth protocol is detected, the mobile device is authenticated and connected via the Bluetooth protocol to the infotainment system. Data is transferred between the new device and the infotainment (computer) system. The infotainment system (via the Bluetooth chip) strips off the data from the wireless Bluetooth carrier and transmits that data on to the processors. Serial communication, such as TTL Serial, I2C, or SPI (a protocol used by the processing system), is used to carry the data to the appropriate processor.*

# FCA Ram Pickup Truck - Uconnect Infotainment System

Connecting To A Particular Mobile Phone Or Audio Device After Pairing

Uconnect Phone will automatically connect to the highest priority paired phone and/or Audio Device within range. If you need to choose a particular phone or audio device follow these steps:

1. Press the Settings button on the touchscreen.
2. Press the Paired Phones/Audio Sources buttons.
3. Press to select the particular phone or the particular audio device. A pop-up menu will appear; press "Connect Phone".
4. Press the X to exit out of the Settings screen.

**NOTE:**
For phones which are not made a favorite, the phone priority is determined by the order in which it was paired. The most recent phone paired will have the higher priority.

Source: 1. 2021 Ram 1500 Owners Manual - page 252, 273 and 275 (https://cdn.dealereprocess.org/cdn/servicemanuals/ram/2021-1500.pdf)
2. https://www.youtube.com/watch?v=adQhNPIh3LE



an application management system configured to:

identify data parameters that include at least one of data codes, data type and device ID associated with the new device,

*Note: The FCA Ram Pickup Truck's Uconnect Infotainment System has an application management system that identifies data parameters including at least one of data codes, data types, and a device ID associated with the new device.*

*When the paired smartphone is connected by the Bluetooth protocol to the FCA Ram Pickup Truck Uconnect Infotainment System, the system responds to a stored software application running on the phone such as the Phone app. which uses the appropriate Phone data codes and types.*

*For Example: For the phone app, data such as the Dial Pad which allows dialing of phone numbers, a contacts list which includes the names, phone numbers and addresses of people, and a call history of your phone calls are associated with a particular phone (new device) and a particular app running on the phone.*

*The application management system identifies these device IDs, data codes and data types allowing the choice of application to control the functions of the smartphone (new device). Device IDs allow access to a paired phone's own data codes and data types but not to those of other phones.*

## FCA Ram Pickup Truck - Uconnect Infotainment System





Source: 5 things to know about Uconnect 5 (https://www.thecarconnection.com/news/1128085_5-things-to-know-about-uconnect-5#image=100733538)



verify the new device data parameters as at least one of authorized or unauthorized; and

*Note: The application management system is further configured to verify the new device data parameters as at least one of authorized or unauthorized. For example, when a new device (smartphone) enters the communication range of the Infotainment System, the device ID is checked against the list of previously paired (authorized) devices. If the device is found in the list, then authorization is affirmed, and the connection is reestablished automatically with the infotainment system. If the device has not been previously paired, it will not be on the list, and the phone will not connect with the FCA Ram Pickup Truck Uconnect Infotainment System. It is rejected as an unauthorized device.*

# FCA Ram Pickup Truck - Uconnect Infotainment System

Pair (Link) Uconnect Phone To A Mobile Phone

To begin using your Uconnect Phone, you must pair your compatible Bluetooth®-enabled mobile phone. Mobile phone pairing is the process of establishing a wireless connection between a cellular phone and the Uconnect system.

Ensure you phone is turned on with Bluetooth® active and has been paired to the Uconnect system. Up to 10 mobile phones or audio devices are allowed to be linked to the system. Only one linked (or paired) mobile phone and one audio device can be used with the system at a time.

NOTE:

- If there are no phones currently connected with the system, a pop-up will appear asking if you would like to pair a mobile phone.
- This pop-up only appears when the user enters Phone Mode and no other device(s) have previously been paired. If the system has a phone previously paired, even if no phone is currently connected with the system, this pop-up will not appear.

3. Select "Yes" to begin the pairing process.
4. Search for available devices on your Bluetooth®-enabled mobile phone.
   - Press the Settings button on your mobile phone.
   - Select "Bluetooth®" and ensure it is enabled. Once enabled, the mobile phone will begin to search for Bluetooth® connections.

Connecting To A Particular Mobile Phone Or Audio Device After Pairing

Uconnect Phone will automatically connect to the highest priority paired phone and/or Audio Device within range. If you need to choose a particular phone or audio device follow these steps:

1. Press the Settings button on the touchscreen.
2. Press the Paired Phones/Audio Sources buttons.
3. Press to select the particular phone or the particular audio device. A pop-up menu will appear; press "Connect Phone".
4. Press the X to exit out of the Settings screen.

NOTE:
For phones which are not made a favorite, the phone priority is determined by the order in which it was paired. The most recent phone paired will have the higher priority.

## Uconnect System



Source: 1. 2021 Ram 1500 Owners Manual - page 252, 273 and 275 (https://cdn.dealereprocess.org/cdn/servicemanuals/ram/2021-1500.pdf)
2. https://www.youtube.com/watch?v=adQhNPIh3LE



responsive to verifying the data parameters as authorized, connect to the new device, dynamically configure an application to process the data types and launch the application in the distributed processing system, wherein the application in response to launching is configured to take over control and operation of the new device including:

*Note: The application management system (FCA Ram Pickup Truck Uconnect Infotainment System) is further configured to, responsive to verifying the data parameters as authorized (e.g., by pairing the new device (smartphone)), connect to the new device and dynamically configure an application to process the data types and launch the application in the processing system.*

*The application (In this example, the Phone App.) responds to launching and is configured to take over control and operation of the new device (smartphone).*

*If smartphones are connected by Bluetooth to the FCA Ram Pickup Truck Uconnect Infotainment System, then It is possible to switch between those Bluetooth-connected phones and the audio system.*

# FCA Ram Pickup Truck - Uconnect Infotainment System

## Pair (Link) Uconnect Phone To A Mobile Phone

To begin using your Uconnect Phone, you must pair your compatible Bluetooth®-enabled mobile phone. Mobile phone pairing is the process of establishing a wireless connection between a cellular phone and the Uconnect system.

**NOTE:**

- If there are no phones currently connected with the system, a pop-up will appear asking if you would like to pair a mobile phone.
- This pop-up only appears when the user enters Phone Mode and no other device(s) have previously been paired. If the system has a phone previously paired, even if no phone is currently connected with the system, this pop-up will not appear.

3. Select "Yes" to begin the pairing process.
4. Search for available devices on your Bluetooth®-enabled mobile phone.
   - Press the Settings button on your mobile phone.
   - Select "Bluetooth®" and ensure it is enabled. Once enabled, the mobile phone will begin to search for Bluetooth® connections.

## Connecting To A Particular Mobile Phone Or Audio Device After Pairing

Uconnect Phone will automatically connect to the highest priority paired phone and/or Audio Device within range. If you need to choose a particular phone or audio device follow these steps:

1. Press the Settings button on the touchscreen.
2. Press the Paired Phones/Audio Sources buttons.
3. Press to select the particular phone or the particular audio device. A pop-up menu will appear; press "Connect Phone".
4. Press the X to exit out of the Settings screen.

**NOTE:**

For phones which are not made a favorite, the phone priority is determined by the order in which it was paired. The most recent phone paired will have the higher priority.

Ensure you phone is turned on with Bluetooth® active and has been paired to the Uconnect system. Up to 10 mobile phones or audio devices are allowed to be linked to the system. Only one linked (or paired) mobile phone and one audio device can be used with the system at a time.

Source: 2021 Ram 1500 Owners Manual - page 252, 273 and 275 (https://cdn.dealereprocess.org/cdn/servicemanuals/ram/2021-1500.pdf)

initiating transfer of data from the new device to the operating system; and

initiate processing of the data received from the new device.

*Note: The application management system is further configured to initiate transfer of data from the new device to the operating system.*

*The FCA Ram Pickup Truck has Bluetooth 2.1 + EDR which complies with the Bluetooth V2.1 standard.*

*Bluetooth V2.1 specifies its Service Discovery Profile (SDP) for discovering available services. SDP maintains service records made up of Service Attributes. Bluetooth V2.1 recommends that service discovery information be cached to speed the discovery process. Caching of service discovery information for wireless devices is included in records that will be stored in memory. Each service will have its own service attributes. Each device will have its own services.*

*Service record service attributes provide the infotainment system the parameters needed to initiate and accept the transfer of data from the device.*

# FCA Ram Pickup Truck - Uconnect Infotainment System

BLUETOOTH SPECIFICATION Version 2.1 + EDR [vol 3] page 113 of 268

*Service Discovery Protocol (SDP)* Bluetooth®

## 1 INTRODUCTION

### 1.1 GENERAL DESCRIPTION

The service discovery protocol (SDP) provides a means for applications to discover which services are available and to determine the characteristics of those available services.

[…]

10. SDP should support the caching of service discovery information by intermediary agents to improve the speed or efficiency of the discovery process.

[…]

### 2.2 SERVICE RECORD

A service is any entity that can provide information, perform an action, or control a resource on behalf of another entity. A service may be implemented as software, hardware, or a combination of hardware and software.

All of the information about a service that is maintained by an SDP server is contained within a single service record. The service record shall only be a list of service attributes.




*Figure 2.3: Service Record*

Source: Bluetooth Specification Version 2.1 + EDR [vol 3], Service Discovery Protocol (SDP), pages 113, 116-117

initiating transfer of data from the new device to the operating system; and

initiate processing of the data received from the new device.

*Note: The application management system is further configured to initiate processing of the data received from the new device.*

*For example, Bluetooth V2.1 recommends that service discovery information be cached (see previous slide).*

*SDP Service Records comprise Service Attributes. Service Attribute values are data elements comprising data codes that will be cached in a wireless audio device record. The Service Attributes are for a service that corresponds to a software application running on the wireless audio device. Service record service attributes provide the infotainment system the parameters needed to initiate the processing of data from the device.*

# FCA Ram Pickup Truck - Uconnect Infotainment System

## 2.3 SERVICE ATTRIBUTE

Each service attribute describes a single characteristic of a service. Some examples of service attributes are:

| | |
|---|---|
| ServiceClassIDList | Identifies the type of service represented by a service record. In other words, the list of classes of which the service is an instance |
| ServiceID | Uniquely identifies a specific instance of a service |
| ProtocolDescriptorList | Specifies the protocol stack(s) that may be used to utilize a service |
| ProviderName | The textual name of the individual or organization that provides a service |
| IconURL | Specifies a URL that refers to an icon image that may be used to represent a service |
| ServiceName | A text string containing a human-readable name for the service |
| ServiceDescription | A text string describing the service |

A service attribute consists of two components: an attribute ID and an attribute value.




*Figure 2.4: Service Attribute*

### 2.3.2 Attribute Value

The attribute value is a variable length field whose meaning is determined by the attribute ID associated with it and by the service class of the service record in which the attribute is contained. In the Service Discovery Protocol, an attribute value is represented as a data element. (See Section 3 on page 125.) Generally, any type of data element is permitted as an attribute value, subject to the constraints specified in the service class definition that assigns an attribute ID to the attribute and assigns a meaning to the attribute value. See Section 5 on page 142, for attribute value examples.

Source: Bluetooth Specification Version 2.1 + EDR [vol 3], Service Discovery Protocol (SDP), pages 117-118



initiating transfer of data from the new device to the operating system; and

initiate processing of the data received from the new device.

*Note: The application management system is further configured to initiate transfer of data (e.g., service records) from the new device (e.g., smartphone) to the operating system. It also processes the data received from the new device (e.g., smartphone) and is able to take over control and operation of the new device (e.g., smartphone).*

*In this example: The smartphone is connected by Bluetooth to the FCA Ram Pickup Truck Uconnect Infotainment System and a phone call is in progress. The Phone app is in the hands-free setting which is directing the sound from the phone call on the smartphone to the speaker system. To switch to the handset (smartphone) during a call, tap Mute on the touch screen. The sound will be directed back to the Handset (smartphone). If the smartphone is connected by Bluetooth to the FCA Ram Pickup Truck Uconnect Infotainment System, and a phone call is received. Then the phone call sound comes through the vehicle's audio system speakers and overrides the audio system.*

# FCA Ram Pickup Truck - Uconnect Infotainment System



Call Controls

The touchscreen allows you to control the following call features:




**Uconnect 3 With 5-inch Display**

1 — Answer
2 — Mute/Unmute
3 — Transfer
4 — Ignore



*2021 RAM 1500 Pickup Truck Bowers & Wilkins POV Sound System*

| | | |
|---|---|---|
| 1 | 7 × | Unity speakers for crystal clear treble |
| 2 | 4 × | 6x9" woofers |
| 3 | 1 × | 10" enclosed subwoofer for a punchy bass |
| 4 | | 900 watt amplifier for a dynamic listening experience |

*Representative vehicle model shown. Speaker specifications & locations may vary.

*Your mobile phone's audio is transmitted through your vehicle's audio system; the system will automatically mute your radio when using the Uconnect Phone. Uconnect Phone allows you to transfer calls between the system and your mobile phone as you enter or exit your vehicle and enables you to mute the system's microphone for private conversation.*

Source: 2021 Ram 1500 Owners Manual - page 272, 275, 277 and 279 (https://cdn.dealereprocess.org/cdn/servicemanuals/ram/2021-1500.pdf)